FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOLLY HAYES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 19-CV-03596 |
| ) | |
| SANDEEP NARANG, M.D., et al., ) | Hon. Mary M. Rowland |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT LEWIS'S AGREED MOTION TO EXTEND TIME

NOW COMES the Defendant, Yhana Lewis, by her attorney, Kwame Raoul, Illinois Attorney General, and hereby requests that this Honorable Court extend the time for filing Defendant Lewis's Reply Memorandum in Support of Her Motion to Dismiss. In support thereof, Defendant Lewis states as follows:

1. Plaintiffs Molly Hayes and Daniel Namie, individually and as parents and next friends of Mara Namie and Alexander Namie, bring their Amended Complaint pursuant to 42 U.S.C. § 1983 and state law against Dr. Sandeep Narang, Ann & Robert H. Lurie Children's Hospital of Chicago, and Yhana Lewis.

2. All defendants filed Motions to Dismiss and Memorandum in Support of their Motions to Dismiss on October 28, 2019.

3. Plaintiffs filed their Responses to the Motions to Dismiss on December 6, 2019.

4. Defendant Lewis's Reply Memorandum in Support of Her Motion to Dismiss is currently due to be filed on December 30, 2019.

5. Defendant Lewis requests an extension of time until January 7, 2020 by which to file her Reply Memorandum.

6. Counsel for Defendant Lewis has contacted Plaintiffs' counsel and Dr. Narang and Lurie's counsel and no party has an objection to this extension of time.

7. Defendant Lewis is acting in good faith by requesting this extension of time and does not believe it will delay litigation.

WHEREFORE, Defendant Lewis requests that this Honorable Court grant her motion for an extension of time to file her Reply Memorandum and grant any such other relief as this Court may deem necessary and appropriate.

                Respectfully submitted,

                KWAME RAOUL
                Illinois Attorney General

By:   s/Sarah E. Ingersoll
       Barbara L. Greenspan
       Sarah E. Ingersoll
       Assistant Attorneys General
       100 W. Randolph St., 11-200
       Chicago, Illinois 60601
       (312) 814-7087; (312) 814-6761
       barbara.greenspan@illinois.gov
       sarah.ingersoll@illinois.gov